UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CV413-208 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

# ORDER

In their Fed. R. Civ. P. 26(f) report, the parties seek to delay expert discovery until after the Court has issued a ruling on defendant's motion to dismiss. (Doc. 19 at 3; doc. 17 (motion to dismiss).) They state that they have postponed deposing expert witnesses because such discovery would be superfluous if the Court finds that the action can proceed only under contract principles rather than in tort. (Doc. 19 at 3.)

As expert depositions may prove to be an unnecessary expense in this litigation, the Court grants the requested stay of expert discovery. Upon the issuance of a ruling on defendant's motion to dismiss, the

parties shall have seven days to inform the Court of the need for any additional expert-related discovery. If expert discovery is needed, the parties shall accompany the notice with a proposed scheduling order setting forth the last day for discovery and for filing civil motions. If no such additional discovery is needed, the civil motions deadline will be 30 days from the issuance of the order on defendant's motion to dismiss.

**SO ORDERED** this 6th day of May, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA